[This decision has been published in *Ohio Official Reports* at 93 Ohio St.3d 190.]

COFFIELD, APPELLANT, *v*. ALLSTATE INSURANCE COMPANY, APPELLEE.

[Cite as *Coffield v. Allstate Ins. Co.*, 2001-Ohio-1325.]

*Motion for reconsideration granted—Discretionary appeal allowed—Court of appeals' judgment reversed and cause remanded on authority of Clark v. Scarpelli and Littrell v. Wigglesworth.*

(No. 01-342—Submitted July 17, 2001—Decided September 19, 2001.)

APPEAL from the Court of Appeals for Portage County, No. 99-P-0060.

ON MOTION FOR RECONSIDERATION.

————————

{¶ 1} The motion for this court to reconsider its judgment denying a discretionary appeal in *Coffield v. Allstate Ins. Co.* (2001), 91 Ohio St.3d 1528, 747 N.E.2d 253, is granted.

{¶ 2} The discretionary appeal is allowed.

{¶ 3} The judgment of the court of appeals is reversed, and the cause is remanded on the authority of *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719, and *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

————————

**LUNDBERG STRATTON, J., dissenting.**

{¶ 4} I dissent and would affirm the judgment of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.

————————

*Friedman, Domiano & Smith Co., L.P.A., Jeffrey H. Friedman* and *Stephen S. Vanek*, for appellant.

*Perantinides & Nolan Co., L.P.A., Chris T. Nolan* and *Peter D. Janos*, for appellee.

_____